IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND, and TRUSTEES OF THE MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND, as Fiduciaries,<br><br>**Plaintiffs,**<br><br>v.<br><br>**BLUE CROSS BLUE SHIELD OF MASSACHUSETTS,**<br><br>**Defendant.** | Civil Action No. 1:21-cv-10523 |

**DEFENDANT BLUE CROSS BLUE SHIELD OF MASSACHUSETTS, INC.'S
MOTION TO DISMISS**

Defendant Blue Cross Blue Shield of Massachusetts, Inc. ("BCBSMA") respectfully moves this Court to dismiss Plaintiffs' Complaint, under Federal Rule of Civil Procedure 12(b)(6). As set forth in detail in the attached Memorandum in Support, Plaintiffs' federal causes of action fail to state a claim. Plaintiffs, who sponsor and self-insure a multi-employer ERISA health plan, assert that BCBSMA violated "fiduciary duties" in its capacity as a third-party administrator for the plan. But the allegations in the Complaint, as well as the Administrative Services Agreement between the parties, establish that BCBSMA has no relevant fiduciary duties; Plaintiffs' federal claims should therefore be dismissed. And because only state law claims would remain, the Court should dismiss those as well, to avoid unnecessarily ruling on issues of state law. Thus, the Court should dismiss Plaintiffs' Complaint in its entirety.

## REQUEST FOR ORAL ARGUMENT

Defendant Blue Cross Blue Shield of Massachusetts, Inc., requests oral argument because it is likely to help the Court in resolving this motion to dismiss.

Dated: June 7, 2021                     /s/ David T. Raimer

                                              Evan Miller
                                              David T. Raimer
                                              Stephen J. Petrany
                                              JONES DAY
                                              51 Louisiana Avenue N.W.
                                              Washington, DC 20001
                                              (202) 879-3939
                                              dtraimer@jonesday.com

                                              *Counsel for Defendant*
                                              *Blue Cross Blue Shield of Massachusetts, Inc.*

**RULE 7.1(A)(2) CERTIFICATION**

I hereby certify that counsel have conferred and have attempted in good faith to resolve or narrow the dispute and issues between the parties.

*/s/ David T. Raimer*
David T. Raimer
JONES DAY
51 Louisiana Avenue N.W.
Washington, DC 20001
(202) 879-3939
dtraimer@jonesday.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion to Dismiss and all exhibits thereto were filed on June 7, 2021, via the Court's electronic filing system, which will deliver copies of the filings to counsel of record.

/s/ David T. Raimer
David T. Raimer
JONES DAY
51 Louisiana Avenue N.W.
Washington, DC 20001
(202) 879-3939
dtraimer@jonesday.com