# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND, and TRUSTEES OF THE MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND, as Fiduciaries,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE CROSS BLUE SHIELD OF MASSACHUSETTS,<br><br>Defendant. | Civil Action No.:<br>1:21-cv-10523-FDS<br><br><br><br><br><br><br><br>NOTICE OF APPEAL |

Notice is hereby given that Massachusetts Laborers' Health and Welfare Fund and Trustees of the Massachusetts Laborers' Health and Welfare Fund, the plaintiffs in the above-named matter, hereby appeal to the United States Court of Appeals for the First Circuit from the final judgment and order of dismissal entered on March 30, 2022 and all orders merged in the judgment. ECF No. 22.

Dated: April 26, 2022

Respectfully submitted,

ZUCKERMAN SPAEDER LLP

By: /s/ D. Brian Hufford

D. Brian Hufford, Esq.
(*pro hac vice*)
Jason Cowart, Esq.
(*pro hac vice*)
Leila Bijan, Esq.
(*pro hac vice*)
485 Madison Avenue, 10th Floor
New York, NY 10022
Tel: 212.704.9600

Fax: 212.704.4256
dbhufford@zuckerman.com
jcowart@zuckerman.com
lbijan@zuckerman.com

O'REILLY, GROSSO, GROSS & JONES, P.C.
James F. Gross, Esq.
1661 Worcester Road, Suite 403
Framingham, MA 01701
Tel: 508.620.0055
jgrosso@ogglaw.com

*Counsel for Massachusetts Laborers' Health and Welfare Fund, Trustees of Massachusetts Laborers' Health and Welfare Fund*

## **CERTIFICATE OF SERVICE**

I certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants on April 26, 2022.

/s/ D. Brian Hufford
D. Brian Hufford